# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL ADAMS and CHRISTINE ADAMS,<br><br>Plaintiffs,<br><br>v.<br><br>VERIZON COMMUNICATIONS, INC., VERIZON BENEFITS CENTER, and THE VERIZON EMPLOYEE BENEFITS COMMITTEE.<br><br>Defendants. | C.A. No.:  2:06-CV-01700 (DWA) |

## NOTICE OF DISMISSAL

Plaintiffs Michael Adams and Christine Adams hereby gives notice of dismissal of this action without prejudice.

Respectfully submitted,

s/ Tybe A. Brett, Esquire
Tybe A. Brett, Esquire
PA I.D. 30064
tbrett@stemberfeinstein.com
John Stember, Esquire
PA ID No.: 23643
jstember@stemberfeinstein.com
STEMBER FEINSTEIN
1705 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA  15219
Tel: (412) 338-1445

William T. Payne, Esquire
PA I.D. 38083
wpayne@stargate.net
1007 Mt. Royal Blvd.
Pittsburgh, PA  15223
Tel:  (412) 492-8797

Dated: March 15, 2007

*Attorneys for Plaintiffs*

Approved
Donetta F. Ambrose
3-16-07